**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6283

ARTHUR RODGERS,

              Plaintiff - Appellant,

       v.

WARDEN SHEARIN; GREG FLURY; AVA JOUBERT,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:13-cv-02902-CCB)

Submitted:  June 19, 2014          Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Rodgers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rodgers appeals the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (2012) civil rights complaint for failure to comply with the court's earlier order to particularize and amend the complaint, and denying Rodgers' Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rodgers v. Shearin, No. 1:13-cv-02902-CCB (D. Md. Jan. 31, 2014 & Feb. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED